UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** FLORIDA
MIAMI **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Anthony Patrick Filadelfia | § | Case No. 14-29362 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ross Hartog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                                     Assets Exempt: 5,433.59
*(Without deducting any secured claims)*


Total Distributions to Claimants:  1,884.75          Claims Discharged
                                                                     Without Payment:  346,203.42


Total Expenses of Administration:  7,115.25

3) Total gross receipts of $ 9,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 977.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,115.25 | 7,115.25 | 7,115.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,600.00 | 15,388.02 | 15,388.02 | 1,884.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 313,428.76 | 18,075.39 | 18,075.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 321,005.76 | $ 40,578.66 | $ 40,578.66 | $ 9,000.00 |

4)  This case was originally filed under chapter 7 on  08/28/2014 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/18/2016 _____        By:/s/Ross Hartog _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 MERCEDES BENZ CLK320 | 1129-000 | 2,089.00 |
| 50% INTEREST IN FLORASOL USA, INC. | 1129-000 | 3,482.42 |
| BOOKS, FAMILY PICTURES | 1129-000 | 27.55 |
| CASH ON HAND | 1129-000 | 27.55 |
| CLOTHING | 1129-000 | 27.55 |
| HOUSEHOLD GOODS & FURNITURE | 1129-000 | 27.55 |
| HSBC CHECKING ACCOUNT #1500 | 1129-000 | 27.58 |
| SECURITY DEPOSIT WITH LANDLORD | 1129-000 | 875.00 |
| LA CAIXA BANK ACCOUNT (European Bank) | 1229-000 | 2,415.80 |
| TOTAL GROSS RECEIPTS | | $ 9,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Westlake Financial Services POB 54807 Los Angeles, CA 90054 | | 977.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 977.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ross Hartog | 2100-000 | NA | 1,320.00 | 1,320.00 | 1,320.00 |
| Ross Hartog | 2200-000 | NA | 34.96 | 34.96 | 34.96 |
| James B. Miller PA | 3210-000 | NA | 5,661.20 | 5,661.20 | 5,661.20 |
| James B. Miller PA | 3220-000 | NA | 99.09 | 99.09 | 99.09 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,115.25 | $ 7,115.25 | $ 7,115.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346 | | 6,600.00 | NA | NA | 0.00 |
| 5P | Internal Revenue Service | 5800-000 | NA | 15,388.02 | 15,388.02 | 1,884.75 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,600.00 | $ 15,388.02 | $ 15,388.02 | $ 1,884.75 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX DSNB POB 17759 Clearwater, FL 33762 | | 2,202.00 | NA | NA | 0.00 |
| | ARS NATIONAL SERVICES, INC. POB 463023 Escondido, CA 92046-3023 | | 0.00 | NA | NA | 0.00 |
| | AT&T c/o Bankruptcy 1801 Valley View Ln Farmers Branch, TX 75234 | | 1,337.33 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Bankruptcy  NC4-105-03-14 POB 26012 Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank of America POB 17054 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Bank of America POB 982235 El Paso, TX 79998 | | 8,776.43 | NA | NA | 0.00 |
| | Bryan Manno, Esq. Federated Law Group, PLLC 13205 U.S. Hwy. 1, Ste 555 North Palm Beach, FL 33408 | | 0.00 | NA | NA | 0.00 |
| | CACH LLC / Square Two Financial Attention: Bankruptcy 4340 South Monaco St., 2nd Floor Denver, CO 80237 | | 5,582.00 | NA | NA | 0.00 |
| | Calvary Portfolio Services LLC Attention:  Bankruptcy Department 500 Summit Lake Dr., Suite 400 Valhalla, NY 10595 | | 6,087.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Attn: General Correspondence POB 30285 Salt Lake City, UT 84130 | | 1,355.00 | NA | NA | 0.00 |
| | Chase - CC Chase Card Services Attn:  Bankruptcy POB 15298 Wilmington, DE 19850 | | 821.00 | NA | NA | 0.00 |
| | Chase Bank Attn:  Bankruptcy POB 15298 Wilmington, DE 19850 | | 8,521.00 | NA | NA | 0.00 |
| | Chase Bank Attn:  Bankruptcy POB 15298 Wilmington, DE 19850 | | 6,166.00 | NA | NA | 0.00 |
| | Citibank 701 E 60th St N. POB 6034 Sioux Falls, SD 57117 | | 2,200.00 | NA | NA | 0.00 |
| | CitiBank Attn: Bankruptcy Dept 1500 Boltonfield St. Columbus, OH 43228 | | 0.00 | NA | NA | 0.00 |
| | CitiBank POB 6500 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Credence 6045 Atlantic Blvd Ste 210 Norcross, GA 30071 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Drew Dillworth Musem Tower 150 West Flagler Street, Suite 2200 Miami, FL 33130 | | 264,000.00 | NA | NA | 0.00 |
| | Edward H. Merrigan, Jr., Esq POB 45013 Jacksonville, FL 32232-5013 | | 0.00 | NA | NA | 0.00 |
| | FIA Card Services, N.A. 1825 East Buckeye Road Phoenix, AZ 85034 | | 0.00 | NA | NA | 0.00 |
| | Florida Department of Education Arlington Building, Suite 1514 325 West Gaines Street Tallahassee, FL 32399 | | 0.00 | NA | NA | 0.00 |
| | Florida Department of Education Attn:  Treasury Offset Unit POB 7019 Tallahassee, FL 32314-7019 | | 0.00 | NA | NA | 0.00 |
| | Florida Department of Education POB 277412 Atlanta, GA 30384-7412 | | 0.00 | NA | NA | 0.00 |
| | James B. Miller, Esq 19 W Flagler Street, Suite 416 Miami, FL 33130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | BMW Financial Services NA, LLC | 7100-000 | 0.00 | 9,242.07 | 9,242.07 | 0.00 |
| 3 | Capital One Bank (USA), N. A. | 7100-000 | 302.00 | 343.08 | 343.08 | 0.00 |
| 1 | Discover Bank | 7100-000 | 3,703.00 | 3,703.39 | 3,703.39 | 0.00 |
| 2 | Florida Department of Education | 7100-000 | 2,376.00 | 2,383.83 | 2,383.83 | 0.00 |
| 5U | Internal Revenue Service | 7300-000 | NA | 2,403.02 | 2,403.02 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 313,428.76 | $ 18,075.39 | $ 18,075.39 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-29362 | AJC | Judge: | A. Jay Cristol | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | Anthony Patrick Filadelfia | | | | Date Filed (f) or Converted (c): | 08/28/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/07/2014 |
| For Period Ending: | 07/18/2016 | | | | Claims Bar Date: | 11/12/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CASH ON HAND | 20.00 | 0.00 | | 27.55 | FA |
| 2.  HSBC CHECKING ACCOUNT #1500 | 17.01 | 0.00 | | 27.58 | FA |
| 3.  SECURITY DEPOSIT WITH LANDLORD | 875.00 | 0.00 | | 875.00 | FA |
| 4.  HOUSEHOLD GOODS & FURNITURE | 470.00 | 0.00 | | 27.55 | FA |
| 5.  BOOKS, FAMILY PICTURES | 200.00 | 0.00 | | 27.55 | FA |
| 6.  CLOTHING | 400.00 | 0.00 | | 27.55 | FA |
| 7.  50% INTEREST IN FLORASOL USA, INC.<br><br>Amended Petition Value [ECF 16] | 1,517.58 | 0.00 | | 3,482.42 | FA |
| 8.  2001 MERCEDES BENZ CLK320 | 2,911.00 | 0.00 | | 2,089.00 | FA |
| 9.  LA CAIXA BANK ACCOUNT (European Bank) (u)<br><br>Amended Schedules [ECF 53] | 2,415.80 | 2,415.80 | | 2,415.80 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $8,826.39          $2,415.80                    $9,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: TDR due 8/24/16

CBD: 11/12/15

Tax Returns: N/A

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-29362

Case Name: Anthony Patrick Filadelfia

Taxpayer ID No: XX-XXX1656

For Period Ending: 07/18/2016

Trustee Name: Ross Hartog

Bank Name: Union Bank

Account Number/CD#: XXXXXX9065

Filadelfia Estate Checking

Blanket Bond (per case limit): $129,177,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/15 | | Anthony Filadelfia 2451 BRICKELL AVENUE, APT. 4S MIAMI, FL 33129-2432 | Settlement with Debtor per order dated 12/1/15 [ECF 70] | | $9,000.00 | | $9,000.00 |
| | | | Gross Receipts $9,000.00 | | | | |
| | 1 | | CASH ON HAND $27.55 | 1129-000 | | | |
| | 2 | | HSBC CHECKING ACCOUNT #1500 $27.58 | 1129-000 | | | |
| | 3 | | SECURITY DEPOSIT WITH LANDLORD $875.00 | 1129-000 | | | |
| | 4 | | HOUSEHOLD GOODS & FURNITURE $27.55 | 1129-000 | | | |
| | 5 | | BOOKS, FAMILY PICTURES $27.55 | 1129-000 | | | |
| | 6 | | CLOTHING $27.55 | 1129-000 | | | |
| | 7 | | 50% INTEREST IN FLORASOL USA, INC. $3,482.42 | 1129-000 | | | |
| | 8 | | 2001 MERCEDES BENZ CLK320 $2,089.00 | 1129-000 | | | |
| | 9 | | LA CAIXA BANK ACCOUNT (European Bank) $2,415.80 | 1229-000 | | | |
| 04/21/16 | 5001 | Ross Hartog 9130 S. Dadeland Boulevard Suite 1800 Miami, FL 33156 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,320.00 | $7,680.00 |
| 04/21/16 | 5002 | Ross Hartog 9130 S. Dadeland Boulevard Suite 1800 Miami, FL 33156 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $34.96 | $7,645.04 |
| 04/21/16 | 5003 | James B. Miller PA 19 West Flagler Street, #416 Miami, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $5,661.20 | $1,983.84 |
| 04/21/16 | 5004 | James B. Miller PA 19 West Flagler Street, #416 Miami, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $99.09 | $1,884.75 |

Page Subtotals: $9,000.00 $7,115.25

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-29362 | Trustee Name: Ross Hartog |
| Case Name: Anthony Patrick Filadelfia | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9065 |
| | Filadelfia Estate Checking |
| Taxpayer ID No: XX-XXX1656 | Blanket Bond (per case limit): $129,177,000.00 |
| For Period Ending: 07/18/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/21/16 | 5005 | Internal Revenue Service POB 7317 Philadelphia, PA 19101-7317 | Final distribution to claim 5 representing a payment of 12.25 % per court order. | 5800-000 | | $1,884.75 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $9,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $9,000.00 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Page Subtotals:                    $0.00          $1,884.75

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9065 - Filadelfia Estate Checking | $9,000.00 | $9,000.00 | $0.00 |
| | $9,000.00 | $9,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $9,000.00 |